**No. 45176.**—Protests 42287–K, etc., of B. Filippone & Co., Inc., et al. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of *Locatelli* v. *United States* (T. D. 48284) it was held that an allowance of 2½ percent should have been made in the weight of the cheese to compensate for the inedible coverings.

**No. 45177.**—Protests 41462–K, etc., of Netti Wholesale et al. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of *Locatelli* v. *United States* (T. D. 48284) it was held that an allowance of 2½ percent should have been made in the weight of the cheese to compensate for the inedible coverings.

**No. 45178.**—Protests 39141–K, etc., of Latorraca Bros. et al. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of *Locatelli* v. *United States* (T. D. 48284) it was held that an allowance of 2½ percent should have been made in the weight of the cheese to compensate for the inedible coverings.

**No. 45179.**—Protests 45164–K, etc., of B. Filippone & Co., Inc., et al. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of *Locatelli* v. *United States* (T. D. 48284 and T. D. 49389) it was held that an allowance should have been made in the weight of the cheese to compensate for the inedible coverings.

**No. 45180.**—Protests 44763–K, etc., of Borden Co. et al. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of *Locatelli* v. *United States* (T. D. 48284 and T. D. 49389) it was held that an allowance should have been made in the weight of the cheese to compensate for the inedible coverings.

**No. 45181.**—Protests 43848–K, etc., of Mattia Locatelli New York Branch, Inc., et al. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of *Locatelli* v. *United States* (T. D. 48284 and T. D. 49389) it was held that an allowance should have been made in the weight of the cheese to compensate for the inedible coverings.

**No. 45182.**—Protests 42608–K, etc., of J. Ossola Co., Inc., et al. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of *Locatelli* v. *United States* (T. D. 49302 and T. D. 49389) it was held